David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
      smiller@hainesandkrieger.com

Attorneys for Plaintiff
LEISA WHITTUM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>              Plaintiff,<br>v.<br><br>ACCEPTANCE NOW A/K/A TRS HOME FURNISHINGS,<br><br>              Defendant. | Case No. 2:18-cv-01447-APG-NJK-<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ACCEPTANCE NOW A/K/A TRS HOME FURNISHINGS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and it appearing that Defendant **ACCEPTANCE NOW A/K/A TRS HOME FURNISHINGS**, having not filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, LEISA WHITTUM, by and through her counsel, authorizes and directs the directs the Clerk of the Court to dismiss Defendant in the above referenced case, WITHOUT PREJUDICE.

This voluntary dismissal is part of an out-of-court confidential settlement between the parties. If Plaintiff, LEISA WHITTUM, does not reassert or refile the claims set forth in the Complaint or commence an arbitration proceeding within sixty (60) days from the date this Notice is filed, such inaction shall be deemed an admission that the settlement between the parties has been fully executed and performed, and the claims set forth in the Complaint shall be deemed dismissed with prejudice, without further order or notice.

Dated:   August 24, 2018

Respectfully submitted,

By:   /s/Shawn W. Miller
Shawn W. Miller
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*